SHAWN A. MANGANO, ESQ.
Nevada Bar No. 6730
shawn@manganolaw.com
SHAWN A. MANGANO, LTD.
9960 West Cheyenne Avenue, Suite 170
Las Vegas, Nevada 89129-7701
Tel:     (702) 304-0432
Fax:    (702) 922-3851

*Attorney for Plaintiff Righthaven LLC*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| RIGHTHAVEN LLC, a Nevada limited-liability company, | |
| Plaintiff, | Case No.:  2:10-cv-01031-LRH-LRL |
| vs. | |
| BRIEN SMITH, et al., | **DECLARATION OF SHAWN A. MANGANO, ESQ. IN SUPPORT OF PLAINTIFF RIGHTHAVEN LLC'S OMNIBUS RESPONSE TO JUNE 28, 2011 ORDER TO SHOW CAUSE** |
| Defendants. | |

AND OTHER ACTIONS IDENTIFIED IN OSC

I, Shawn A. Mangano, Esq., declare, under penalty of perjury, that the following is true and correct:

1.      I am an attorney-at-law admitted to practice before all courts of the State of Nevada. I have personal knowledge of the facts set forth below, except for those factual statements expressly made upon information and belief, and as to those facts, I believe them to be true.  I am over eighteen years old and I am competent to testify to the matters set forth herein.

2.      I represent Righthaven LLC ("Righthaven") in the above-referenced matter.

3.      This declaration is made in support of Righthaven, LLC's Omnibus Response to June 28, 2011 Order to Show Cause.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

4.      Attached hereto as Exhibit 1 is a true and correct copy of the Amended and Restated Strategic Alliance Agreement entered into by Righthaven and Stephens Media LLC ("Stephens Media")

5.      Attached hereto as Exhibit 2 is a true and correct copy of the copyright assignment for the work at issue in the case associated with this filing.

Signed and affirmed on this 7th day of July, 2011.

By: /s/ Shawn A. Mangano
SHAWN A. MANGANO, ESQ.

## CERTIFICATE OF SERVICE

Pursuant to Federal Rule of Civil Procedure 5(b), I hereby certify that I on this 7th day of July, 2011, I caused the foregoing document to be served by the Court's CM/ECF system.

SHAWN A. MANGANO, LTD.

By: /s/ Shawn A. Mangano
SHAWN A. MANGANO, ESQ.
Nevada Bar No. 6730
shawn@manganolaw.com
9960 West Cheyenne Avenue, Suite 170
Las Vegas, Nevada 89129-7701
Tel:    (702) 304-0432
Fax:    (702) 922-3851

*Attorney for Righthaven LLC*