## COPYRIGHT ASSIGNMENT

This Copyright Assignment is made effective as of May 25, 2010 by Stephens Media LLC, a Nevada limited-liability company ("Assignor").

In consideration of monetary commitments and commitments to services to be provided and/or already provided by Right*haven* LLC, a Nevada limited-liability company ("Right*haven*"),  to Assignor and for other good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged, Assignor hereby transfers, vests and assigns the work described in Exhibit A, attached hereto and incorporated herein by this reference (the "Work"), to Right*haven*, subject to Assignor's rights of reversion, all copyrights requisite to have Right*haven* recognized as the copyright owner of the Work for purposes of Right*haven* being able to claim ownership as well as the right to seek redress for past, present and future infringements of the copyright, both accrued and unaccrued, in and to the Work.

**IN WITNESS WHEREOF**, Assignor hereby executes this Assignment on this 25 day of May, 2010.

STEPHENS MEDIA LLC

By: _____

Name: Mark Hinueber
Title: Vice-President/General Counsel

STATE OF NEVADA
COUNTY OF CLARK

Subscribed and sworn to before me by Mark Hinueber this 25 day of May, 2010.

_____
Notary Public

Notary Public - State of Nevada
County of Clark
JULIE DUBOCQ
My Appointment Expires
No: 06-103311-1    February 21, 2014

0001866

## EXHIBIT A

Pulver again hints at retirement after loss. Work made for hire by Adam Hill. Originally published March 9, 2010. Las *Vegas Review-Journal* and www.lvrj.com.